# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARI BAILEY, | CIVIL ACTION NO. 3:15-1554 |
| Plaintiff, | |
| v. | (Judge Mannion) |
| DAVID A. EBBERT, et al., | |
| Defendants. | |

## ORDER

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Plaintiff's Motion pursuant to Federal Rule of Civil Procedure 60(b)(4) and (6), (Doc. 220), is **DENIED**;

2. The Court's Order of September 5, 2018, (Doc. 210), **STANDS**;

3. Plaintiff's civil action is **DISMISSED WITH PREJUDICE**; and

4. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: April 13, 2020**
15-1554-01